UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DICKERSON,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>STUART SHERMAN,<br><br>　　　　　　　Respondent. | Case No. 2:20-cv-9570-FLA (LALx)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections, and the remaining record, and has made a *de novo* determination.

Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and

///

///

///

3. The Clerk serve copies of this Order on the parties.

DATED: June 4, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge