JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL DICKERSON,

                Petitioner,

        v.

STUART SHERMAN,

                Respondent.

Case No. 2:20-cv-9570-FLA (LALx)

**JUDGMENT**

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

      IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 4, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge